562

494 P.2d 975

Arnold BARNES, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9427.

Supreme Court of New Mexico.

March 7, 1972.

Further ordered that the record in Court of Appeals Cause No. 802, 83 N.M. 566, 494 P.2d 979, be and the same is hereby returned to the Clerk of the Court of Appeals.

494 P.2d 975

Geronimo BORUNDA, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9420.

Supreme Court of New Mexico.

March 7, 1972.

Original Proceeding on Certiorari

Further ordered that the record in Court of Appeals Cause No. 659, 83 N.M. 976, 494 P.2d 563, be and the same is hereby returned to the Clerk of the Court of Appeals.

494 P.2d 975

Jerry E. GREGG, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9421.

Supreme Court of New Mexico.

March 7, 1972.

Further ordered that the record in Court of Appeals Cause, 83 N.M. 397, 492 P.2d 1260, be and the same is hereby returned to the Clerk of the Court of Appeals.